HAROLD J. MILSTEIN (No. 145074)
Harold.milstein@hellerehrman.com
JOHN C. WILSON (No. 185953)
john.wilson@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
(650) 324-7000
(650) 324-0638 (fax)

Attorneys for Plaintiff
SPOTLIGHT SURGICAL, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPUY, INC. and DEPUY SPINE, INC., <br><br> Defendants. | Case No. C-07-03362 JF <br><br> **[PROPOSED] ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION TO EXTEND DATES** <br><br> Judge: The Honorable Jeremy Fogel <br><br> Place: Courtroom 3, 5th Floor |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

The following dates shall supersede the corresponding dates set forth in the Court's June 26, 2007 Order Setting Initial Case Management Conference and ADR Deadlines:

**November 6, 2007**     Last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

**November 20, 2007**    Last day to file Rule 26(f) Report, complete initial

| | |
|---|---|
| | disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |
| **November 30, 2007** | Initial Case Management Conference (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 a.m. |

IT IS SO ORDERED.

Dated: _____, 2007

_____
The Honorable Jeremy Fogel
United States District Judge