HAROLD J. MILSTEIN (No. 145074)
JOHN C. WILSON (No. 185953)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
hal.milstein@hellerehrman.com
john.wilson@hellerehrman.com
(650) 324-7000
(650) 324-0638 (fax)

Attorneys for Plaintiff
SPOTLIGHT SURGICAL, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPUY, INC. and DEPUY SPINE, INC., <br><br> Defendants. | Case No.   C-07-03362 JF <br><br> **PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES** |

Heller Ehrman LLP

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Johnson & Johnson, a New Jersey corporation, is the parent company of and/or has a controlling interest in Defendants DePuy, Inc. and DePuy Spine, Inc.

DATED: October 18, 2007          Respectfully submitted,

                                          HELLER EHRMAN LLP

                                        By /s/ John C. Wilson
                                            JOHN C. WILSON
                                            HAROLD J. MILSTEIN

                                            Attorneys for Plaintiff
                                            Spotlight Surgical, Inc.

**PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES
CASE NO.: C-07-03362 JF**