1  DANIEL JOHNSON, Jr. (State Bar No. 57409)
   LESLIE C. McKNEW (State Bar No. 178413)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   Email:  djjohnson@morganlewis.com
5          lmcknew@morganlewis.com

6  Attorneys for Defendants
   DEPUY, INC. and DEPUY SPINE, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 SPOTLIGHT SURGICAL, INC.,           Case No. CV 07-03362 JF RS

13              Plaintiff,             **STIPULATION TO EXTEND THE DATE
                                       FOR DEFENDANTS DEPUY, INC.'S AND
14     vs.                             DEPUY SPINE, INC'S RESPONSE TO
                                       COMPLAINT FOR FEDERAL UNFAIR
15 DEPUY, INC. AND DEPUY SPINE, INC.,  COMPETITION, CALIFORNIA UNFAIR
                                       COMPETITION AND COMMON LAW
16              Defendants.            UNFAIR COMPETITION**

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO

Plaintiff Spotlight Surgical, Inc., on the one hand, and defendants DePuy, Inc. and DePuy Spine, Inc., on the other, hereby stipulate and agree, through their respective counsel, as follows:

1. The deadline for DePuy Spine, Inc. to answer or otherwise respond to the Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law Unfair Competition ("Complaint") is continued from October 22, 2007 to October 26, 2007; and

2. The deadline for DePuy, Inc. to answer or otherwise respond to the Complaint is continued from October 25, 2007 to October 26, 2007.

Dated: October 22, 2007    MORGAN, LEWIS & BOCKIUS LLP

By /LCM/
Leslie C. McKnew

Attorneys for Defendant DEPUY, INC. and DEPUY SPINE, INC.

Dated: October 22, 2007    HELLER ERHMAN LLP

By Harold M
Harold J. Milstein

Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.