DANIEL JOHNSON, Jr. (State Bar No. 57409)
LESLIE C. McKNEW (State Bar No. 178413)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: djjohnson@morganlewis.com
       lmcknew@morganlewis.com

Attorneys for Defendants
DEPUY, INC. and DEPUY SPINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY, INC. AND DEPUY SPINE, INC.,<br><br>Defendants. | Case No. CV 07-03362 JF RS<br><br>**SECOND STIPULATION TO EXTEND THE DATE FOR DEFENDANTS DEPUY, INC.'S AND DEPUY SPINE, INC'S RESPONSE TO COMPLAINT FOR FEDERAL UNFAIR COMPETITION, CALIFORNIA UNFAIR COMPETITION AND COMMON LAW UNFAIR COMPETITION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7622033.1

SECOND STIPULATION RE RESPONSE TO
COMPLAINT FOR UNFAIR COMPETITION

Plaintiff Spotlight Surgical, Inc., on the one hand, and defendants DePuy, Inc. and DePuy Spine, Inc. ("the DePuy Entities"), on the other, hereby further stipulate and agree, through their respective counsel, that the deadline for the DePuy Entities to answer or otherwise respond to the Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law Unfair Competition ("Complaint") is continued from October 26, 2007 to November 9, 2007.

Dated:   October 25, 2007          MORGAN, LEWIS & BOCKIUS LLP

                                   By _____/LCM/_____
                                      Leslie C. McKnew

                                   Attorneys for Defendant DEPUY, INC. and
                                   DEPUY SPINE, INC.

Dated:   October 25, 2007          HELLER ERHMAN LLP

                                   By _____Harold M_____
                                      Harold J. Milstein

                                   Attorneys For Plaintiff SPOTLIGHT
                                   SURGICAL, INC.