DANIEL JOHNSON, Jr. (State Bar No. 57409)
LESLIE C. McKNEW (State Bar No. 178413)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email:  djjohnson@morganlewis.com
        lmcknew@morganlewis.com

Attorneys for Defendants
DEPUY, INC. and DEPUY SPINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEPUY, INC. AND DEPUY SPINE, INC., <br><br> Defendants. | Case No. CV 07-03362 JF RS <br><br> **THIRD STIPULATION TO EXTEND THE DATE FOR DEFENDANTS DEPUY, INC.'S AND DEPUY SPINE, INC'S RESPONSE TO COMPLAINT FOR FEDERAL UNFAIR COMPETITION, CALIFORNIA UNFAIR COMPETITION AND COMMON LAW UNFAIR COMPETITION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7627946.1

THIRD STIPULATION RE RESPONSE TO
COMPLAINT FOR UNFAIR COMPETITION

1  Plaintiff Spotlight Surgical, Inc., on the one hand, and defendants DePuy, Inc. and DePuy Spine, Inc. ("the DePuy Entities"), on the other, hereby further stipulate and agree, through their respective counsel, that the deadline for the DePuy Entities to answer or otherwise respond to the Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law Unfair Competition ("Complaint") is continued from November 9, 2007 to November 26, 2007.

Dated: November 8, 2007

MORGAN, LEWIS & BOCKIUS LLP

By /LCM/
Leslie C. McKnew

Attorneys for Defendant DEPUY, INC. and DEPUY SPINE, INC.

Dated: November 8, 2007

HELLER ERHMAN LLP

By [signature]
Harold J. Milstein

Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7627946.1

2

THIRD STIPULATION RE RESPONSE TO COMPLAINT FOR UNFAIR COMPETITION