1  DANIEL JOHNSON, Jr. (State Bar No. 57409)
   LESLIE C. McKNEW (State Bar No. 178413)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   Email: djjohnson@morganlewis.com
5         lmcknew@morganlewis.com

6  Attorneys for Defendants
   DEPUY, INC. and DEPUY SPINE, INC.
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12 | SPOTLIGHT SURGICAL, INC., | Case No. CV 07-03362 JF RS |
   | Plaintiff, | **FOURTH STIPULATION TO EXTEND THE DATE FOR DEFENDANTS DEPUY, INC.'S AND DEPUY SPINE, INC'S RESPONSE TO COMPLAINT FOR FEDERAL UNFAIR COMPETITION, CALIFORNIA UNFAIR COMPETITION AND COMMON LAW UNFAIR COMPETITION** |
   | vs. | |
   | DEPUY, INC. AND DEPUY SPINE, INC., | |
   | Defendants. | |

Plaintiff Spotlight Surgical, Inc., on the one hand, and defendants DePuy, Inc. and DePuy Spine, Inc. ("the DePuy Entities"), on the other, hereby further stipulate and agree, through their respective counsel, that the deadline for the DePuy Entities to answer or otherwise respond to the Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law Unfair Competition ("Complaint") is continued until December 26, 2007.

Dated: November 21, 2007

MORGAN, LEWIS & BOCKIUS LLP

By _____/LCM/_____
Leslie C. McKnew

Attorneys for Defendant DEPUY, INC. and DEPUY SPINE, INC.

Dated: November 21, 2007

HELLER ERHMAN LLP

By _____[signature]_____
Harold J. Milstein

Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.