HAROLD J. MILSTEIN (No. 145074)
JOHN C. WILSON (No. 185953)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
(650) 324-7000
(650) 324-0638 (fax)
harold.milstein@hellerehrman.com
john.wilson@hellerehrman.com

Attorneys for Plaintiff
SPOTLIGHT SURGICAL, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPUY, INC. and DEPUY SPINE, INC., <br><br> Defendants. | Case No.  C-07-03362 JF <br><br> STIPULATION (SECOND) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

Plaintiff Spotlight Surgical, Inc., on the one hand, and defendants DePuy, Inc. and DePuy Spine, Inc., on the other, hereby stipulate and agree, through their respective counsel, as follows:

1. The Court's Order To Continue Case Management Conference And Related Deadlines entered on November 9, 2007 sets forth the following deadlines:

**December 6, 2007**   Last day to:
- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

| | | |
|---|---|---|
| 1 | **December 20, 2007** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |
| 4 | **January 4, 2008** | Initial Case Management Conference (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 a.m. |

2. The parties have been engaged in settlement discussions to resolve this litigation and have reached a settlement in principle, subject to the parties' entry into a mutually acceptable settlement agreement.

3. The parties wish to continue the Initial Case Management Conference and extend the deadlines for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement, all for approximately 30 days, in order to conserve the resources of the parties and the Court and to allow the parties time to finalize settlement.

4. There being good cause, the parties hereby stipulate and respectfully request that the Court issue an Order resetting the above deadlines as follows:

| | | |
|---|---|---|
| | **January 7, 2008** | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and<br>• file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| | **January 21, 2008** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |

| | |
|---|---|
| **February 1, 2008** | Initial Case Management Conference (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 a.m. |

Dated:   December 4, 2007

HELLER EHRMAN LLP

By ___*Harold M*___

Harold J. Milstein

Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.

Dated:   December 4, 2007

MORGAN, LEWIS & BOCKIUS LLP

By ___*(signature)*___

Leslie C. McKnew

Attorneys for Defendants DEPUY, INC. and DEPUY SPINE, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __12/5__, 2007

___*(signature)*___
The Honorable Jeremy Fogel
United States District Judge

-3-
STIPULATION (SECOND) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

CASE NO.: C-07-03362 JF