1  DANIEL JOHNSON, Jr. (State Bar No. 57409)
   LESLIE C. McKNEW (State Bar No. 178413)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   Email: djjohnson@morganlewis.com
5         lmcknew@morganlewis.com

6  Attorneys for Defendants
   DEPUY, INC. and DEPUY SPINE, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  SPOTLIGHT SURGICAL, INC.,            Case No. CV 07-03362 JF RS

13              Plaintiff,               **FIFTH STIPULATION TO EXTEND THE
                                         DATE FOR DEFENDANTS DEPUY,
14       vs.                             INC.'S AND DEPUY SPINE, INC'S
                                         RESPONSE TO COMPLAINT FOR
15  DEPUY, INC. AND DEPUY SPINE, INC.,   FEDERAL UNFAIR COMPETITION,
                                         CALIFORNIA UNFAIR COMPETITION
16              Defendants.              AND COMMON LAW UNFAIR
                                         COMPETITION**

17

18

...

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7633783.1                FIFTH STIPULATION RE RESPONSE TO
                              COMPLAINT FOR UNFAIR COMPETITION

Plaintiff Spotlight Surgical, Inc., on the one hand, and defendants DePuy, Inc. and DePuy Spine, Inc. ("the DePuy Entities"), on the other, hereby further stipulate and agree, through their respective counsel, that the deadline for the DePuy Entities to answer or otherwise respond to the Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law Unfair Competition ("Complaint") is continued until January 28, 2008.

Dated:    December 20, 2007          MORGAN, LEWIS & BOCKIUS LLP


By    /LCM/
      Leslie C. McKnew

Attorneys for Defendant DEPUY, INC. and DEPUY SPINE, INC.

Dated:    December 20, 2007          HELLER ERHMAN LLP


By    [signature]
      Harold J. Milstein

Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.