\*\*E-filed 1/8/08\*\*

HAROLD J. MILSTEIN (No. 145074)
JOHN C. WILSON (No. 185953)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
(650) 324-7000
(650) 324-0638 (fax)
harold.milstein@hellerehrman.com
john.wilson@hellerehrman.com

Attorneys for Plaintiff
SPOTLIGHT SURGICAL, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPUY, INC. and DEPUY SPINE, INC., <br><br> Defendants. | Case No.  C-07-03362 JF <br><br> **STIPULATION (THIRD) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Plaintiff Spotlight Surgical, Inc., on the one hand, and defendants DePuy, Inc. and DePuy Spine, Inc., on the other, hereby stipulate and agree, through their respective counsel, as follows:

1. The Court's Order To Continue Case Management Conference And Related Deadlines entered on December 5, 2007 sets forth the following deadlines:

**January 7, 2008**     Last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

| | |
|---|---|
| **January 21, 2008** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |
| **February 1, 2008** | Initial Case Management Conference (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 a.m. |

2. The parties have been engaged in settlement discussions to resolve this litigation and have reached a settlement in principle, subject to the parties' entry into a mutually acceptable settlement agreement.

3. The parties wish to continue the Initial Case Management Conference and extend the deadlines for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement, all for approximately 30 days, in order to conserve the resources of the parties and the Court and to allow the parties time to finalize settlement.

4. There being good cause, the parties hereby stipulate and respectfully request that the Court issue an Order resetting the above deadlines as follows:

| | |
|---|---|
| **February 6, 2008** | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and<br>• file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| **February 20, 2008** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |

Heller
Ehrman LLP

-2-
**STIPULATION (THIRD) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

**CASE NO.: C-07-03362 JF**

| | | |
|---|---|---|
| 1 | **February 29, 2008** | Initial Case Management Conference (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 a.m. |

2

3

4  Dated:     January 7, 2008            HELLER EHRMAN LLP

5

6                                         By /s/ Harold M.

7                                            Harold J. Milstein

8

9                                         Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.

10

11  Dated:     January 7, 2008            MORGAN, LEWIS & BOCKIUS LLP

12

13                                        By /s/

14                                           Leslie C. McKnew

15

16                                        Attorneys for Defendants DEPUY, INC. and DEPUY SPINE, INC.

17

18

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20  Dated: 1/8/08                         _____
                                          The Honorable Jeremy Fogel
21                                        United States District Judge

22

23

24

25

26

27

28

Heller Ehrman LLP

-3-

STIPULATION (SECOND) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

CASE NO.: C-07-03362 JF