HAROLD J. MILSTEIN (No. 145074)
JOHN C. WILSON (No. 185953)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
E-Mail: harold.milstein@hellerehrman.com
         john.wilson@hellerehrman.com

Attorneys for Plaintiff
SPOTLIGHT SURGICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>DEPUY, INC. and DEPUY SPINE, INC.<br><br>         Defendant. | Case No.: C-07-03362 JF<br><br>**PLAINTIFF SPOTLIGHT SURGICAL, INC.'S NOTICE OF CHANGE OF COUNSEL**<br><br>Judge: Judge Jeremy Fogel<br><br>Courtroom: Courtroom 3, 5th Floor |

PLAINTIFF'S NOTICE OF CHANGE OF COUNSEL: C 07-03362 JF

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT effective January 15, 2008, John C. Wilson of Heller Ehrman LLP, 4350 La Jolla Village Drive, 7th Floor, San Diego, CA 92122, is no longer Counsel of Record for Plaintiff Spotlight Surgical, Inc. in this matter.

January 15, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By ____s/ JOHN C. WILSON____
HAROLD J. MILSTEIN
JOHN C. WILSON
Attorneys for Plaintiff
SPOTLIGHT SURGICAL, INC.