DANIEL JOHNSON, Jr. (State Bar No. 57409)
DIANE J. MASON (State Bar No. 168202)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email:  djjohnson@morganlewis.com
        dmason@morganlewis.com

Attorneys for Defendants
DEPUY, INC. and DEPUY SPINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPUY, INC. AND DEPUY SPINE, INC.,<br><br>　　　　　Defendants. | Case No. CV 07-03362 JF RS<br><br>**DEFENDANTS DEPUY, INC. and DEPUY SPINE, INC.'S NOTICE OF CHANGE OF COUNSEL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' NOTICE OF CHANGE OF
COUNSEL

1    TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT Leslie C. McKnew should be removed from the Court's

3    electronic mailing list as an attorney of record for Defendants in the above-entitled matter.  In her

4    place will be Diane J. Mason of Morgan Lewis.

5    Dated:    January 25, 2008              MORGAN, LEWIS & BOCKIUS LLP

6

7                                           By _____/DJM/_____
                                               Diane J. Mason
8
                                           Attorneys for Defendants DEPUY, INC. and
9                                          DEPUY SPINE, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658737.1                    2          DEFENDANTS' NOTICE OF CHANGE OF
                                             COUNSEL