1  DANIEL JOHNSON, Jr. (State Bar No. 57409)
   DIANE MASON (State Bar No. 168202)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   Email:  djjohnson@morganlewis.com
5          dmason@morganleiws.com

6  Attorneys for Defendants
   DEPUY, INC. and DEPUY SPINE, INC.
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12 | SPOTLIGHT SURGICAL, INC.,              | Case No. CV 07-03362 JF RS
   |                                        |
13 |                      Plaintiff,        | **STIPULATION TO EXTEND THE DATE
   |                                        | FOR DEFENDANTS DEPUY, INC.'S AND
14 |              vs.                       | DEPUY SPINE, INC'S RESPONSE TO
   |                                        | COMPLAINT**
15 | DEPUY, INC. AND DEPUY SPINE, INC.,     |
   |                                        |
16 |                      Defendants.       |

17

18       Plaintiff Spotlight Surgical, Inc. and Defendants DePuy, Inc. and DePuy Spine, Inc. are

19 actively negotiating a settlement. Accordingly, the parties previously stipulated that Defendants

20 had an extension of time up to and including January 28, 2008 to answer or otherwise respond to

21 Plaintiff's Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15

22 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law

23 Unfair Competition.

24       The parties have now reached an agreement in principle and hope to be able to finalize

25 their settlement shortly. Thus, the parties, by and through their undersigned attorneys, hereby

26 stipulate and agree that Defendant shall have an additional extension of thirty days (30) days to

27 answer or otherwise respond to Plaintiff's Complaint, up to and including February 27, 2008.

28       This will be the sixth extension of time entered in this case. This stipulation is not entered

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                                    SIXTH STIPULATION RE
                                                    RESPONSE TO COMPLAINT

1   into for any purposes of delay. Rather, the parties have a good faith belief that they will shortly

2   settle this matter and, under such circumstances, do not wish to unnecessarily expend either the

3   Court's or their time and resources on further litigation.

4   Dated:    January 28, 2008          MORGAN, LEWIS & BOCKIUS LLP

5

6                                       By _____
                                               Diane J. Mason
7
                                        Attorneys for Defendant DEPUY, INC. and
8                                       DEPUY SPINE, INC.

9
10  Dated:    January 28, 2008          HELLER EHRMAN LLP

11

12                                      By _____
                                               Harold J. Milstein
13
                                        Attorneys For Plaintiff SPOTLIGHT
14                                      SURGICAL, INC.

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED

17

18  Dated: _____        _____
19                               The Honorable Jeremy Fogel
                                 United States District Judge
20

21

22

23

24

25

26

27

28