**E-filed 1/29/08**

1  DANIEL JOHNSON, Jr. (State Bar No. 57409)
   DIANE MASON (State Bar No. 168202)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   Email: djjohnson@morganlewis.com
5         dmason@morganleiws.com

6  Attorneys for Defendants
   DEPUY, INC. and DEPUY SPINE, INC.

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., | Case No. CV 07-03362 JF RS |
| Plaintiff, | **STIPULATION TO EXTEND THE DATE FOR DEFENDANTS DEPUY, INC.'S AND DEPUY SPINE, INC'S RESPONSE TO COMPLAINT** |
| vs. | |
| DEPUY, INC. AND DEPUY SPINE, INC., | |
| Defendants. | |

18        Plaintiff Spotlight Surgical, Inc. and Defendants DePuy, Inc. and DePuy Spine, Inc. are

19  actively negotiating a settlement. Accordingly, the parties previously stipulated that Defendants

20  had an extension of time up to and including January 28, 2008 to answer or otherwise respond to

21  Plaintiff's Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15

22  U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law

23  Unfair Competition.

24        The parties have now reached an agreement in principle and hope to be able to finalize

25  their settlement shortly. Thus, the parties, by and through their undersigned attorneys, hereby

26  stipulate and agree that Defendant shall have an additional extension of thirty days (30) days to

27  answer or otherwise respond to Plaintiff's Complaint, up to and including February 27, 2008.

28        This will be the sixth extension of time entered in this case. This stipulation is not entered

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SIXTH STIPULATION RE
RESPONSE TO COMPLAINT

1  into for any purposes of delay.  Rather, the parties have a good faith belief that they will shortly

2  settle this matter and, under such circumstances, do not wish to unnecessarily expend either the

3  Court's or their time and resources on further litigation.

4  Dated:    January 28, 2008                    MORGAN, LEWIS & BOCKIUS LLP

5

6                                               By _____
7                                                      Diane J. Mason

8                                               Attorneys for Defendant DEPUY, INC. and
                                                DEPUY SPINE, INC.
9

10 Dated:    January 28, 2008                    HELLER EHRMAN LLP

11

12                                              By _____
                                                       Harold J. Milstein
13
                                                Attorneys For Plaintiff SPOTLIGHT
14                                              SURGICAL, INC.

15

16 PURSUANT TO STIPULATION, IT IS SO ORDERED

17

18 Dated: __1/29/08_____                   _____
19                                              The Honorable Jeremy Fogel
                                                United States District Judge
20

21

22

23

24

25

26

27

28