DANIEL JOHNSON, Jr. (State Bar No. 57409)
DIANE MASON (State Bar No. 168202)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email:  djjohnson@morganlewis.com
        dmason@morganleiws.com

Attorneys for Defendants
DEPUY, INC. and DEPUY SPINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEPUY, INC. AND DEPUY SPINE, INC., <br><br> Defendants. | Case No. CV 07-03362 JF RS <br><br> **STIPULATION TO EXTEND THE DATE FOR DEFENDANTS DEPUY, INC.'S AND DEPUY SPINE, INC'S RESPONSE TO COMPLAINT** |

Plaintiff Spotlight Surgical, Inc. and Defendants DePuy, Inc. and DePuy Spine, Inc. are actively negotiating a settlement. Accordingly, the parties previously stipulated that Defendants had an extension of time up to and including February 27, 2008 to answer or otherwise respond to Plaintiff's Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law Unfair Competition.

The parties have now reached an agreement in principle and hope to be able to finalize their settlement shortly. Thus, the parties, by and through their undersigned attorneys, hereby stipulate and agree that Defendant shall have an additional extension of thirty days (30) days to answer or otherwise respond to Plaintiff's Complaint, up to and including March 28, 2008.

This will be the seventh extension of time entered in this case. This stipulation is not

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SEVENTH STIPULATION RE
RESPONSE TO COMPLAINT

entered into for any purposes of delay. Rather, the parties have a good faith belief that they will shortly settle this matter and, under such circumstances, do not wish to unnecessarily expend either the Court's or their time and resources on further litigation.

Dated:    February 28, 2008              MORGAN, LEWIS & BOCKIUS LLP

                                         By /s/ Diane J. Mason
                                         ────────────────────────
                                                Diane J. Mason

                                         Attorneys for Defendant DEPUY, INC. and
                                         DEPUY SPINE, INC.

Dated:    February 28, 2008              HELLER EHRMAN LLP

                                         By /s/ Harold J. Milstein
                                         ────────────────────────
                                                Harold J. Milstein

                                         Attorneys For Plaintiff SPOTLIGHT
                                         SURGICAL, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____                       ────────────────────────
                                         The Honorable Jeremy Fogel
                                         United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658717.1                           2                    SEVENTH STIPULATION RE
                                                              RESPONSE TO COMPLAINT