HAROLD J. MILSTEIN (No. 145074)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
(650) 324-7000
(650) 324-0638 (fax)
harold.milstein@hellerehrman.com

Attorneys for Plaintiff
SPOTLIGHT SURGICAL, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPUY, INC. and DEPUY SPINE, INC., <br><br> Defendants. | Case No.  C-07-03362 JF <br><br> **STIPULATION (FIFTH) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Plaintiff Spotlight Surgical, Inc., on the one hand, and defendants DePuy, Inc. and DePuy Spine, Inc., on the other, hereby stipulate and agree, through their respective counsel, as follows:

1. The Court's Order To Continue Case Management Conference And Related Deadlines entered on February 5, 2008 sets forth the following deadlines:

**March 7, 2008**     Last day to:
- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

**STIPULATION (FIFTH) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

CASE NO.:  C-07-03362 JF

| | |
|---|---|
| **March 21, 2008** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |
| **March 31, 2008** | Initial Case Management Conference (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 a.m. |

2. The parties have been engaged in settlement discussions to resolve this litigation, have reached a settlement in principle and have exchanged a draft settlement agreement, subject to the parties' entry into a mutually acceptable settlement agreement.

3. The parties wish to continue the Initial Case Management Conference and extend the deadlines for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement, all for approximately 30 days, in order to conserve the resources of the parties and the Court and to allow the parties time to finalize settlement.

4. There being good cause, the parties hereby stipulate and respectfully request that the Court issue an Order resetting the above deadlines as follows:

| | |
|---|---|
| **April 7, 2008** | Last day to:<br>- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and<br>- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| **April 21, 2008** | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |

Heller Ehrman LLP

-2-
**STIPULATION (FIFTH) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**
**CASE NO.: C-07-03362 JF**

**April 30, 2008**          Initial Case Management Conference (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 a.m.

Dated:    March 17, 2008                    HELLER EHRMAN LLP


                                            By  \S\ *HAROLD J. MILSTEIN*_____
                                                Harold J. Milstein

                                            Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.


Dated:    March 17, 2008                    MORGAN, LEWIS & BOCKIUS LLP


                                            By  \S\ *DIANE MASON*_____
                                                Diane Mason

                                            Attorneys for Defendants DEPUY, INC. and DEPUY SPINE, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                The Honorable Jeremy Fogel
                                United States District Judge