**E-filed 3/31/08**

DANIEL JOHNSON, Jr. (State Bar No. 57409)
DIANE MASON (State Bar No. 168202)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: djjohnson@morganlewis.com
       dmason@morganleiws.com

Attorneys for Defendants
DEPUY, INC. and DEPUY SPINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEPUY, INC. AND DEPUY SPINE, INC., <br><br> Defendants. | Case No. CV 07-03362 JF RS <br><br> **STIPULATION TO EXTEND THE DATE FOR DEFENDANTS DEPUY, INC.'S AND DEPUY SPINE, INC'S RESPONSE TO COMPLAINT** |

Plaintiff Spotlight Surgical, Inc. and Defendants DePuy, Inc. and DePuy Spine, Inc. are actively negotiating a settlement. Accordingly, the parties previously stipulated that Defendants had an extension of time up to and including March 28, 2008 to answer or otherwise respond to Plaintiff's Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law Unfair Competition.

The parties have exchanged drafts of a settlement agreement hope to be able to finalize their settlement and dismiss this matter within the next thirty days. Thus, the parties, by and through their undersigned attorneys, hereby stipulate and agree that Defendant shall have an additional extension of thirty days (30) days to answer or otherwise respond to Plaintiff's Complaint, up to and including April 28, 2008.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EIGHTH STIPULATION RE
RESPONSE TO COMPLAINT

1    This will be the eighth extension of time entered in this case. This stipulation is not
2  entered into for any purposes of delay. Rather, the parties have a good faith belief that they will
3  shortly settle this matter and, under such circumstances, do not wish to unnecessarily expend
4  either the Court's or their time and resources on further litigation.

5  Dated:    March 28, 2008                MORGAN, LEWIS & BOCKIUS LLP

7                                          By _____
                                               Diane J. Mason

   Attorneys for Defendant DEPUY, INC. and
   DEPUY SPINE, INC.

10 Dated:    March 28, 2008                HELLER EHRMAN LLP
11

12                                         By _____ /MEM
13                                             Harold J. Milstein

14 Attorneys For Plaintiff SPOTLIGHT
   SURGICAL, INC.

17 PURSUANT TO STIPULATION, IT IS SO ORDERED

19 Dated:  3/31/08                         _____
20                                         The Honorable Jeremy Fogel
                                           United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658717.1                    2                    EIGHTH STIPULATION RE
                                                       RESPONSE TO COMPLAINT