1  DANIEL JOHNSON, Jr. (State Bar No. 57409)
   DIANE MASON (State Bar No. 168202)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   Email: djjohnson@morganlewis.com
5         dmason@morganleiws.com

6  Attorneys for Defendants
   DEPUY, INC. and DEPUY SPINE, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12 | SPOTLIGHT SURGICAL, INC.,        | Case No. CV 07-03362 JF RS |
   |                                  |                            |
13 | Plaintiff,                       | STIPULATION TO EXTEND THE DATE FOR DEFENDANTS DEPUY, INC.'S AND DEPUY SPINE, INC'S RESPONSE TO COMPLAINT |
   | vs.                              |                            |
14 |                                  |                            |
   | DEPUY, INC. AND DEPUY SPINE, INC.,|                           |
15 |                                  |                            |
   | Defendants.                      |                            |
16

17

18       Plaintiff Spotlight Surgical, Inc. and Defendants DePuy, Inc. and DePuy Spine, Inc. are

19 actively negotiating a settlement. Accordingly, the parties previously stipulated that Defendants

20 had an extension of time up to and including April 28, 2008 to answer or otherwise respond to

21 Plaintiff's Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15

22 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law

23 Unfair Competition.

24       The parties have exchanged drafts of a settlement agreement and hope to be able to

25 finalize their settlement and dismiss this matter within the next thirty days. Thus, the parties, by

26 and through their undersigned attorneys, hereby stipulate and agree that Defendant shall have an

27 additional extension of thirty days (30) days to answer or otherwise respond to Plaintiff's

28 Complaint, up to and including May 28, 2008.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NINTH STIPULATION RE
RESPONSE TO COMPLAINT

This will be the ninth extension of time entered in this case. This stipulation is not entered into for any purposes of delay. Rather, the parties have a good faith belief that they will shortly settle this matter and, under such circumstances, do not wish to unnecessarily expend either the Court's or their time and resources on further litigation.

Dated: April 28, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
       Diane J. Mason

Attorneys for Defendant DEPUY, INC. and DEPUY SPINE, INC.

Dated: April 28, 2008

HELLER EHRMAN LLP

By _____
       Harold J. Milstein

Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

_____
The Honorable Jeremy Fogel
United States District Judge