1  HAROLD J. MILSTEIN (No. 145074)
   HELLER EHRMAN LLP
2  275 Middlefield Road
   Menlo Park, California 94025
3  (650) 324-7000
   (650) 324-0638 (fax)
4  harold.milstein@hellerehrman.com

5  Attorneys for Plaintiff
6  SPOTLIGHT SURGICAL, INC.

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., | Case No.  C-07-03362 JF |
| Plaintiff, | **STIPULATION (EIGHTH) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| DEPUY, INC. and DEPUY SPINE, INC., | |
| Defendants. | |

Plaintiff Spotlight Surgical, Inc., on the one hand, and defendants DePuy, Inc. and

DePuy Spine, Inc., on the other, hereby stipulate and agree, through their respective counsel,

as follows:

1.    The Court's Order To Continue Case Management Conference And Related

Deadlines entered on May 8, 2008 sets forth the following deadlines:


**June 9, 2008**            Last day to:

• meet and confer re: initial disclosures, early settlement,

ADR process selection, and discovery plan; and

• file Joint ADR Certification with Stipulation to ADR

Process or Notice of Need for ADR Phone Conference.

Heller
Ehrman LLP

**STIPULATION (EIGHTH) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES**

                                                  **CASE NO.:  C-07-03362 JF**

1  **June 23, 2008**          Last day to file Rule 26(f) Report, complete initial

2                              disclosures or state objection in Rule 26(f) Report and file

3                              Case Management Statement.

4  **July 11, 2008**           Initial Case Management Conference (CMC) in Courtroom

5                              3, 5th Floor, SJ at 10:30 a.m.

6        2.      The parties have been engaged in settlement discussions to resolve this

7  litigation, have reached a settlement in principle and have exchanged a draft settlement

8  agreement, subject to the parties' entry into a mutually acceptable settlement agreement.

9        3.      The parties wish to continue the Initial Case Management Conference and

10 extend the deadlines for the parties to meet and confer regarding initial disclosures, early

11 settlement, ADR process selection, and discovery plan; file Joint ADR Certification with

12 Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and file Rule

13 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case

14 Management Statement, all for approximately 30 days, in order to conserve the resources of

15 the parties and the Court and to allow the parties time to finalize settlement.

16       4.      There being good cause, the parties hereby stipulate and respectfully request

17 that the Court issue an Order resetting the above deadlines as follows:

18

19 **July 9, 2008**      Last day to:

20                            • meet and confer re: initial disclosures, early settlement,

21                              ADR process selection, and discovery plan; and

22                            • file Joint ADR Certification with Stipulation to ADR

23                              Process or Notice of Need for ADR Phone Conference.

24

25 **July 23, 2008**          Last day to file Rule 26(f) Report, complete initial

26                            disclosures or state objection in Rule 26(f) Report and file

27                            Case Management Statement.

28

Heller
Ehrman LLP

-2-

**STIPULATION (EIGHTH) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES**

**CASE NO.:  C-07-03362 JF**

1     **August 11, 2008**      Initial Case Management Conference (CMC) in Courtroom

2      3, 5th Floor, SJ at 10:30 a.m.

3

4    Dated:    June 3, 2008        HELLER EHRMAN LLP

5

6

7                  By  \S\HAROLD J.MILSTEIN
                     Harold J. Milstein

8

9                  Attorneys For Plaintiff SPOTLIGHT
                 SURGICAL, INC.

10

11    Dated:    June 3, 2008        MORGAN, LEWIS & BOCKIUS LLP

12

13

14                  By  \S\DIANE MASON
                     Diane Mason

15

16                  Attorneys for Defendants DEPUY, INC. and
                 DEPUY SPINE, INC.

17

18

19    PURSUANT TO STIPULATION, IT IS SO ORDERED.

20    Dated: _____       _____

21                  The Honorable Jeremy Fogel
                 United States District Judge

22

23

24

25

26

27

28

Heller
Ehrman LLP

**STIPULATION (EIGHTH) AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES**
                         **CASE NO.:  C-07-03362 JF**