DANIEL JOHNSON, Jr. (State Bar No. 57409)
DIANE MASON (State Bar No. 168202)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: djjohnson@morganlewis.com
       dmason@morganleiws.com

Attorneys for Defendants
DEPUY, INC. and DEPUY SPINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEPUY, INC. AND DEPUY SPINE, INC., <br><br> Defendants. | Case No. CV 07-03362 JF RS <br><br> **STIPULATION TO EXTEND THE DATE FOR DEFENDANTS DEPUY, INC.'S AND DEPUY SPINE, INC'S RESPONSE TO COMPLAINT** |

  Plaintiff Spotlight Surgical, Inc. and Defendants DePuy, Inc. and DePuy Spine, Inc. are actively negotiating a settlement. Accordingly, the parties previously stipulated that Defendants had an extension of time up to and including June 27, 2008 to answer or otherwise respond to Plaintiff's Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law Unfair Competition.

  The parties have exchanged drafts of a settlement agreement, however, a new issue has recently been raised that the parties are considering. The parties are still hopeful that they will be able to finalize their settlement and dismiss this matter shortly. Thus, the parties, by and through their undersigned attorneys, hereby stipulate and agree that Defendant shall have an additional

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ELEVENTH STIPULATION RE
RESPONSE TO COMPLAINT

| | |
|---|---|
| 1 | extension of thirty-one days (31) days to answer or otherwise respond to Plaintiff's Complaint, up to and including July 28, 2008. |
| 2 | |

This will be the eleventh extension of time entered in this case. This stipulation is not entered into for any purposes of delay. Rather, the parties have a good faith belief that they will shortly settle this matter and, under such circumstances, do not wish to unnecessarily expend either the Court's or their time and resources on further litigation.

Dated:   June 26, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
Diane J. Mason

Attorneys for Defendant DEPUY, INC. and DEPUY SPINE, INC.

Dated:   June 26, 2008

HELLER EHRMAN LLP

By _____
Harold J. Milstein

Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____       _____
The Honorable Jeremy Fogel
United States District Judge