DANIEL JOHNSON, Jr. (State Bar No. 57409)
DIANE MASON (State Bar No. 168202)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: djjohnson@morganlewis.com
       dmason@morganleiws.com

Attorneys for Defendants
DEPUY, INC. and DEPUY SPINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEPUY, INC. AND DEPUY SPINE, INC., <br><br> Defendants. | Case No. CV 07-03362 JF RS <br><br> **STIPULATION TO EXTEND THE DATE FOR DEFENDANTS DEPUY, INC.'S AND DEPUY SPINE, INC'S RESPONSE TO COMPLAINT** |

Plaintiff Spotlight Surgical, Inc. and Defendants DePuy, Inc. and DePuy Spine, Inc. have negotiated and finalized a settlement agreement, which is in the process of being signed by the parties. Accordingly, the parties previously stipulated that Defendants had an extension of time up to and including August 27, 2008 to answer or otherwise respond to Plaintiff's Complaint for Injunctive Relief and Damages for (1) Federal Unfair Competition (15 U.S.C. § 1125(a)); (2) California Unfair Competition (B&P Code § 17200); (3) Common Law Unfair Competition.

The parties are hopeful that they will be able to finalize their settlement and dismiss this matter shortly. Accordingly, the parties, by and through their undersigned attorneys, hereby stipulate and agree that Defendant shall have an additional extension of thirty days (30) days to answer or otherwise respond to Plaintiff's Complaint, up to and including September 26, 2008.

This will be the thirteenth extension of time entered in this case. This stipulation is not

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

THIRTEENTH STIPULATION RE
RESPONSE TO COMPLAINT

entered into for any purposes of delay. Rather, the parties have a good faith belief that they will shortly settle this matter and, under such circumstances, do not wish to unnecessarily expend either the Court's or their time and resources on further litigation.

Dated:     August 27, 2008            MORGAN, LEWIS & BOCKIUS LLP

By _____
     Diane J. Mason

Attorneys for Defendant DEPUY, INC. and DEPUY SPINE, INC.

Dated:     August 27, 2008            HELLER EHRMAN LLP

By _____
     Harold J. Milstein

Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____          _____
                                        The Honorable Jeremy Fogel
                                        United States District Judge