BETH M. GOLDMAN (Bar No. 118341)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
(415) 772-6000
(415) 772-6268 (fax)
beth.goldman@hellerehrman.com

Attorneys for Plaintiff
SPOTLIGHT SURGICAL, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPUY, INC. and DEPUY SPINE, INC., <br><br> Defendants. | Case No. C-07-03362 JF <br><br> **PLAINTIFF SPOTLIGHT SURGICAL, INC.'S NOTICE OF CHANGE OF COUNSEL** |

Heller Ehrman LLP

PLAINTIFF'S NOTICE OF CHANGE OF COUNSEL, CASE NO.: C-07-03362 JF

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Harold J. Milstein should be removed from the Court's electronic mailing list as an attorney of record for Defendants in the above-entitled matter. In his place will be Beth M. Goldman of Heller Ehrman, LLP.

Dated:   September 5, 2008            HELLER EHRMAN LLP


                                      By ___/S/ BETH M. GOLDMAN_____
                                            Beth M. Goldman

                                      Attorneys For Plaintiff SPOTLIGHT SURGICAL, INC.

---

PLAINTIFF'S NOTICE OF CHANGE OF COUNSEL, CASE NO.: C-07-03362 JF