BETH M. GOLDMAN (State Bar No. 118341)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
E-mail: beth.goldman@hellerehrman.com

Attorneys for Plaintiff
SPOTLIGHT SURGICAL, INC.


DANIEL JOHNSON, JR. (State Bar No. 57409)
DIANE MASON (State Bar No. 168202)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
E-mail: djjohnson@morganlewis.com
        dmason@morganlewis.com

Attorneys for Defendants
DEPUY, INC. and DEPUY SPINE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SPOTLIGHT SURGICAL, INC., | Case No.  C-07-03362 JF RS |
| Plaintiff, | **PLAINTIFF'S AND DEFENDANTS' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CLAIMS WITH PREJUDICE** |
| v. | |
| DEPUY, INC. and DEPUY SPINE, INC., | |
| Defendants. | Judge: Hon. Jeremy Fogel |

Heller
Ehrman LLP

**PLAINTIFF'S AND DEFENDANTS' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CLAIMS WITH PREJUDICE**

**CASE NO.:  C-07-03362 JF**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Spotlight Surgical, Inc. and Defendants DePuy, Inc. and DePuy Spine, Inc., having resolved their disputes and executed a settlement agreement and mutual general release, HEREBY STIPULATE and agree, through their respective counsel, as follows:

1. The Plaintiff and the Defendants have resolved all of the claims asserted in the Complaint, and have executed a Settlement Agreement and mutual general release.

2. The parties have agreed that each party shall bear its own attorney's fees and costs incurred in connection with this action.

3. Plaintiff and Defendants jointly request that the Court dismiss the action with prejudice.

-2-
**PLAINTIFF'S AND DEFENDANTS' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CLAIMS WITH PREJUDICE**
**CASE NO.:  C-07-03362 JF**

Heller Ehrman LLP

Respectfully submitted,

Dated: September 24, 2008    HELLER EHRMAN LLP


By __/S/ BETH M. GOLDMAN_____
     Beth M. Goldman

Attorneys for Plaintiff SPOTLIGHT SURGICAL, INC.


Dated: September 24, 2008    MORGAN, LEWIS & BOCKIUS LLP


By ___/S/ DIANE MASON_____
     Diane Mason

Attorneys for Defendants DEPUY, INC. and DEPUY SPINE, INC.


    The parties having resolved their disputes and executed a Settlement Agreement and mutual general release, and good cause appearing, it is hereby ORDERED that this action is dismissed with prejudice, as is consistent with the foregoing joint stipulation of the parties.

    IT IS SO ORDERED.


Dated: 9/26/08    _____
    The Honorable Jeremy Fogel
    United States District Judge

-3-
**PLAINTIFF'S AND DEFENDANTS' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF CLAIMS WITH PREJUDICE**
        **CASE NO.:   C-07-03362 JF**